

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036 Tel: 212-421-4100 Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2018

July 6, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge, S.D.N.Y.
United States District Court
40 Foley Square, Room 240
New York, NY 10007

> Re: **Designs For Vision, Inc. v. General Scientific Corporation d/b/a SurgiTel, S.D.N.Y., 15 Civ. 07391 (VEC) (JCF)**

Dear Judge Caproni:

We represent plaintiff Designs For Vision, Inc. ("Designs"). We are writing jointly with counsel for defendant General Scientific Corporation d/b/a SurgiTel ("SurgiTel") to request that this case not be dismissed on July 9, 2018 and that the parties be given until July 27 to conclude this matter and file their own Stipulation of Dismissal.

As reported to Your Honor by Surgitel's counsel, Mr. Lindenbaum, on June 12, 2018, the parties reached a settlement and have been finalizing the settlement papers. At this point, there is just one exhibit which we expect to be completed either later today or shortly thereafter and then the Settlement Agreement will be executed.

On June 14, 2018, Your Honor ordered "that this action will be dismissed without costs (including attorneys' fees) to either party on July 9, 2018, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement."

The Settlement Agreement provides that certain actions must be taken within ten (10) days of its execution, and that, three (3) days after such actions are taken, the parties shall file a Stipulation of Dismissal. It is anticipated that such stipulation will be filed on or before **July 27, 2018.** To allow the Parties time to complete the settlement, we jointly request that the matter not be scheduled for dismissal until July 27, 2018. This is the first request for an extension of this deadline.

Honorable Valerie E. Caproni
July 6, 2018
Page 2

Your Honor's consideration of our request is appreciated.

Respectfully submitted,

/s/ *Philip R. Hoffman*
Philip R. Hoffman, Esq.

cc:   Andrew S. Langsam , Esq.
      Jeffrey A. Lindenbaum, Esq.

Application DENIED.  The Court will not retain jurisdiction after the parties have executed their settlement agreement unless the settlement agreement is filed on the public docket.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

7/9/2018