USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DESIGNS FOR VISION, INC., : 15 Civ. 07391 (VEC) (JCF)

    Plaintiff, : **STIPULATION OF DISMISSAL**

 -against- :

GENERAL SCIENTIFIC CORPORATION :
d/b/a SURGITEL,
           :
    Defendant.
           :
------------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims and counterclaims therein are hereby dismissed with prejudice and without costs.

Dated: New York, New York
   July 24, 2018

PRYOR CASHMAN LLP           COLLEN IP

By: _____     By: _____
 Philip R. Hoffman, Esq.          Jeffrey A. Lindenbaum, Esq.
 phoffman@pryorcashman.com      jlindenbaum@collenip.com
 Attorneys for Plaintiff           Attorneys for Defendant
 7 Times Square             The Holyoke-Manhattan Building
 New York, New York 10036-6569     80 South Highland Avenue
 (212) 421-4100             Ossining, New York 10562
                   (914) 941-5668

**SO ORDERED.**

Date: __7/24/2018__            _____
   **New York, New York**         **VALERIE CAPRONI**
                   **United States District Judge**